**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROYRICK MILLER,<br><br>                   Petitioner,<br><br>   v.<br><br>JACK FOX, Warden,<br><br>                  Respondent. | Case No. CV 15-05799 DMG (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge with the following correction:  On page 3, line 8 of the Magistrate Judge's Report, the citation to "42 U.S.C. § 1983" should be replaced with a citation to "*Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)."

DATED:  March 8, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE