# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYRICK MILLER,<br><br>            Petitioner,<br><br>     v.<br><br>JACK FOX, Warden,<br><br>            Respondent. | Case No. CV 15-05799 DMG (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: March 8, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE